

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00703-CV

Eric **WARD**,
Appellant

v.

Brooke **WARD**,
Appellee

From the County Court at Law No 4, Williamson County, Texas
Trial Court No. 11-1851-FC4
The Honorable John B. McMaster, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee Brooke Ward recover her costs of appeal from appellant Eric Ward.

SIGNED February 5, 2014.

_____
Sandee Bryan Marion, Justice